

**ANTHONY W. KRAUS**
410.385.3756
akraus@milesstockbridge.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 19  AM 10: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

February 18, 2020

**VIA HAND-DELIVERY AND FIRST-CLASS MAIL**

Hon. Ellen L. Hollander
United States District Court for the District of Maryland
Edward A. Garmatz United States Court House
101 W. Lombard Street
Baltimore, Maryland 20201

Re:   *Knepper v. Volvo Group North America et al.*, 18-cv-02879-ELH

   **Joint Request for Scheduling Adjustment to Accommodate Ongoing Conference with Judge Simms**

Dear Judge Hollander,

As a follow-up to the joint scheduling adjustment request in the above-referenced case submitted by counsel for both parties on Friday, and in response to your law clerk's suggestion that we submit a draft order, I enclose a revised scheduling order that shifts the schedule slightly forward to accommodate ongoing settlement discussions with Judge Simms, as explained in our earlier letter. I cleared the attached draft with plaintiff's counsel, Matthew Gardner, Esq., this morning, who has approved its submission.

If you have any questions or concerns about the enclosure or our earlier letter, we will be happy to respond in any way the court would find most useful.

Sincerely,

*Anthony W. Kraus*
Anthony W. Kraus

cc:  Matthew Gardner, Esq.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RONNIE KNEPPER )<br>     Plaintiff, )<br>v. )<br> )<br>VOLVO GROUP NORTH )<br>AMERICA, et al. )<br>     Defendants. )<br> ) | Case No. 18-cv-02879-ELH |

## AMENDED SCHEDLUING ORDER

To accommodate ongoing settlement discussions conducted by Magistrate Judge Simms, the Scheduling Order is amended as follows:

1. The filing of the administrative record and briefing is stayed until after the later of (a) the scheduled conference call, now set for March 13, 2020, with Judge Simms on open issues, if she then concludes no further progress in settlement discussions can be made, or (b) at such later time that she determines no further progress can be made and that the extended settlement conferencing that she is overseeing should terminate.

2. Upon Judge Simms' termination of the settlement discussions, Defendants will have 30 days in which to file the administrative record.

3. Plaintiff will have 30 days from the filing of the record to file his motion for summary judgment, Defendants will have 14 days to oppose the motion and cross-move for summary judgment, Plaintiff will have 14 days to reply to Defendants' memorandum in opposition and oppose Defendants' cross motion, and Defendants will have 14 days to reply to Plaintiff's memorandum in opposition to their cross-motion for summary judgment.

4. If Plaintiff's counsel believes the administrative record is incomplete, Plaintiff will have 10 days after its filing to supplement it; and any dispute about the proper scope of the record can be addressed in the parties' cross-motions for summary judgment.

5. If either party concludes that any discovery is necessary and permissible in this ERISA matter, they shall move for leave to pursue it at the time of submitting their respective cross-motion for summary judgment or memorandum in opposition; and if the Court permits it, the Court will set a schedule for it and a time for the parties thereafter to supplement their briefing with any additional facts and related arguments that emerge from such discovery. *ELH*

6. A status report is due by 5/19/20.

_____
Ellen Lipton Hollander
United States District Judge