# MILES & STOCKBRIDGE

ANTHONY W. KRAUS
410.385.3756
akraus@milesstockbridge.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 19   AM 10: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

February 14, 2020

**By Hand Delivery and First-Class Mail**

Hon. Ellen L. Hollander
United States District Court for the District of Maryland
Edward A. Garmatz United States Court House
101 W. Lombard Street
Baltimore, Maryland 20201

Re:   *Knepper v. Volvo Group North America et al.*, **18-cv-02879-ELH**

**Joint Request for Scheduling Adjustment to Accommodate Ongoing Conference with Judge Simms**

Dear Judge Hollander,

A court-ordered settlement conference was held for several hours in the above-referenced matter on February 5, 2020, before Magistrate Judge Simms, pursuant to the scheduling order in the case. At her direction, the conference was continued, and followed up most recently in a conference-call yesterday afternoon with her and counsel for both parties. She has ordered additional consultation among the parties and with her on two aspects of their dispute and for a further conference call on March 13, 2020.

In the meantime, to accommodate the process, she requested that counsel notify you about where matters stand and to seek a brief adjustment of the current deadlines in the scheduling order in keeping with the extension of the settlement negotiations and consultations that she has asked the parties to undertake. Accordingly, while on the stationery of defense counsel, this letter is being submitted jointly by counsel for all parties.

The court initially envisioned the settlement conference would occur on December 6, 2019, but Judge Simms needed to reschedule for February 5. The defendants were to have 30 days after the settlement conference, if no settlement was reached, to submit the administrative record; and plaintiff was to file a motion for summary judgment, which the Court originally had contemplated would occur by January 31, but which postponement of the settlement conference prevented. Consistent with the original schedule, the administrative record is now due 30 days after February 5, i.e. on March 11.

Because the settlement conference has been extended by Judge Simms, the parties respectfully request that the deadlines of the scheduling order be rolled forward in keeping with the ongoing

100 LIGHT STREET | BALTIMORE, MD 21202-1036 | 410.727.6464 | milesstockbridge.com

CAMBRIDGE, MD • EASTON, MD • FREDERICK, MD • ROCKVILLE, MD • TOWSON, MD • TYSONS CORNER, VA • WASHINGTON, D.C.

discussions that have been ordered. Accordingly, we propose that submission of the administrative record be scheduled for 30 days after either (1) the scheduled conference call on March 13, if Judge Simms then concludes no further progress can be made, or (2) at such later time that she determines no further progress can be made and that the extended conferencing she is overseeing should terminate. The briefing schedule for the parties' cross-motions for summary judgment will then commence with plaintiff filing his motion thirty days after the record is filed, and the other submission deadlines in the scheduling order occurring in the same intervals as are currently stated.

If the Court concurs, we believe it can most easily act on this request with a brief paperless notation on the electronic docket. If the Court would prefer that counsel submit a formal revised scheduling order, we will of course do so. Thank you for your consideration of this matter.

Respectfully submitted,

_Matthew Gardner (AWK)_  _Anthony W. Kraus_
Matthew Gardner, Counsel for Plaintiff    Anthony W. Kraus, Counsel for Defendants

cc: Matthew Gardner, Esq.
    Hon. Gina L. Simms, U.S. Magistrate Judge

G4178\000029\4819-5547-6148.v1