

Matthew R. Gardner
mrg@becounsel.com

March 11, 2020

**<u>Via ECF/PACER</u>**

Chambers of the Hon. Gina L. Simms
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    Knepper v. Volvo Group North America et al
              Civil Action No. 1:18-cv-02879-ELH

Dear Judge Simms:

     I write to request rescheduling the scheduled phone conference regarding the above-named case. Currently, the parties are scheduled for a call with Chmabers on Friday, March 13, 2020 at 11:30 a.m. Plaintiff's counsel is no longer available at this time and therefore respectfully requests that the call be rescheduled to a time in the future that is convenient for Chambers. Counsel for Defendant has been consulted and consents to rescheduling the phone conference. Thank you for your understanding and please advise what schedule would be most preferable to Chambers.

                                        Sincerely,

                                        */s/ Matthew R. Gardner*

                                        Matthew R. Gardner



**Bailey & Ehrenberg PLLC**

5335 Wisconsin Ave N.W.,    Tel  (202) 331-1331
Suite 440                                Fax (202) 318-7071
Washington, DC 20015
becounsel.com

