# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Northern Division

| | |
|---|---|
| RONNIE KNEPPER ) ) *Plaintiff* ) ) v. ) ) VOLVO GROUP NORTH AMERICA, et al. ) ) *Defendants*. ) | Case No. 18-cv-02879-ELH |

## NOTICE OF WITHDRAWAL

TO THE COURT, CLERK, AND ALL COUNSEL OF RECORD:

Please take note and enter the withdrawal of Matthew R. Gardner as counsel for the Plaintiff.

Date: March 19, 2020

Respectfully submitted,

*/s/ Matthew R. Gardner*
Matthew R. Gardner (D. Md. # 19759)
BAILEY & EHRENBERG PLLC
1015 18th Street N.W., Suite 204
Washington, DC 20036
Tel: 202-331-1331
Fax: 202-318-7071
mrg@becounsel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2020, a copy of the foregoing was served electronically on the following via PACER/ECF:

>Anthony Kraus
>Stephanie K. Baron
>Miles & Stockbridge P.C.
>100 Light Street
>Baltimore, Maryland 21202
>akraus@milesstockbridge.com
>sbaron@milesstockbridge.com
>
>*Counsel for the Defendant*

>>*/s/ Matthew R. Gardner*
>>Matthew R. Gardner